UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LARRY E. BROWN, II,

    Petitioner,

vs.

NORMAN ROBINSON, Warden,
Lebanon Correctional Institution,

    Respondent.

Case No. 3:20-cv-113

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

**ORDER: (1) ADOPTING THE DECISION AND ORDER OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 31); (2) OVERRULING PETITIONER'S OBJECTIONS (DOC. NO. 32); AND (3) DENYING PETITIONER'S MOTION TO RECONSIDER (DOC. NO. 30)**

This habeas corpus case is before the Court on the Decision and Order on Reconsideration (doc. no. 31) issued by United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b). *Pro se* Petitioner filed objections to the Decision and Order on Reconsideration. Doc. No. 32. As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Petitioner's objections.

Upon careful *de novo* consideration of the foregoing, the Court determines that the Decision and Order on Reconsideration (doc. no. 31) should be adopted and that Petitioner's objections (doc. no. 32) should be overruled. Accordingly, the Court: (1) **ADOPTS** the Decision and Order of the Magistrate Judge (doc. no. 31) in its entirety; (2) **OVERRULES** Petitioner's objections (doc. no. 32); and (3) **DENIES** Petitioner's motion to reconsider the Court's denial of his prior motion to stay (doc. no. 30).

1

**IT IS SO ORDERED.**

  April 28, 2021  　　　　　　　　　　　　　　　　s/ Michael J. Newman　　
　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge